**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| PETER GAKUBA, #M52946, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-01273-NJR |
| | ) | |
| MR. HENDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**RESPONSE TO MOTION TO COMPEL**

COME NOW Defendants, PENNY GEORGE, CHRIS GOTWAY and LARRY HENDERSON, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, and for their Response to Plaintiff's Motion to Compel Discovery [Doc. 41] state as follows:

1. Plaintiff filed his Amended Complaint, and a Motion for Equitable Relief, Preliminary Injunction [Doc. 13, Doc. 14] on December 30, 2019. Defendants George, Henderson, and Gotway's Answer to Plaintiff's Amended Complaint are due on March 9, 2020; Defendant Grissom's Answer[1] is due on March 30, 2020. [Doc. 27, 28, 29, 32].

2. Defendants filed their Response to Plaintiff's Motion for Preliminary Injunction on February 19, 2020. [Doc. 39]. Plaintiff filed a Reply on March 2, 2020. [Doc. 42]. To date the Court has not set that matter for a hearing.

3. Plaintiff filed the instant Motion to Compel Discovery on March 2, 2020. [Doc. 41]. Prior to this Motion, no discovery request had been received from the Plaintiff.

[1] Terry Grissom was named as the Warden of Vienna Correctional Center, as successor to Matthew Swalls, subsequent to the date Plaintiff filed his Amended Complaint. Pursuant to Federal Rule of Civil Procedure 25, a suit does not abate when a party in an official capacity ceases to hold office while the action is pending, but the officer's successor is automatically substituted as a party. Fed. R. Civ. P. 25(d).

4. As of the date of filing this Motion, the Court has not entered a Scheduling and Discovery Order specifying when the parties are to exchange documents, and what documents are to be exchanged. Further, discovery on the merits of Plaintiff's claims is stayed until the Court has determined that Plaintiff has exhausted his administrative remedies, or such time as the Defendants withdraw their affirmative defense of failure to exhaust. *Pavey v. Conley*, 544 F.3d, 739, 749 (7th Cir. 2008).

5. Notwithstanding the overbroad and irrelevant nature of what Plaintiff is requesting in his Motion to Compel [Doc. 41], his Motion is premature as the Court has not yet entered an order requiring the exchange of documents, nor has discovery on the merits commenced. Further, The Court's Case Management Procedures section on discovery disputes states that a Motion to Compel discovery is only appropriate when the opposing party has failed to respond to a discovery request, a dispute arises, and the parties are not able to resolve the dispute informally. Here, Plaintiff's initial discovery request is contained within a Motion to Compel. [Doc. 41]. It is both premature and an inappropriate vehicle for conducting discovery.

WHEREFORE, for the aforementioned reasons, Defendants respectfully request that this honorable Court deny Plaintiff's Motion to Compel Discovery [Doc. 41], and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

PENNY GEORGE, CHRIS GOTWAY and
LARRY HENDERSON,

Defendants,

KWAME RAOUL, Attorney General,
State of Illinois,

Attorney for Defendants,

Carla G. Tolbert #6305104
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
(618) 236-8781

BY: s/ Carla G. Tolbert
Carla G. Tolbert #6305104
Assistant Attorney General

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**
**EAST ST. LOUIS DIVISION**

| | | |
|---|---|---|
| PETER GAKUBA, #M52946, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 19-cv-01273-NJR |
| | ) | |
| MR. HENDERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2020, the foregoing document, Response to Motion to Compel Discovery [Doc. 41], was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on the same date, I caused a copy of the document to be mailed by United States Postal Service to the following non-registered participant:

Peter Gakuba #M52946
VIENNA CORRECTIONAL CENTER
6695 State Route 146 East
Vienna, IL 62995

Respectfully Submitted,

s/ Carla G. Tolbert __________
Carla G. Tolbert #6305104
Assistant Attorney General
201 West Pointe Dr. Suite 7
Swansea, IL 62226
Phone: (618) 236-8781
Fax: (618) 236-8620
E-Mail: ctolbert@atg.state.il.us